```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
               Plaintiff,

          --v-                                          04-CV-1036S

ONE 2002 LAND ROVER RANGE ROVER AUTOMOBILE
VIN: SALPM16422A461922,

               Defendant.
_____
```

**DEFAULT JUDGMENT AND ORDER OF FORFEITURE**

The plaintiff, the United States of America, has moved for Default Judgment pursuant to Federal Rules of Civil Procedure 55(b)(2), and for an Order of Forfeiture. After reviewing the affidavit of Richard D. Kaufman, Assistant United States Attorney, dated March 22, 2005, hearing plaintiff's motion on May 2, 2005, and it appearing that no one has filed a claim in this action, the Court has determined that the plaintiff is entitled to have a Judgment by Default entered; therefore, it is hereby

ORDERED, that a Default Judgment be entered against the defendant vehicle; and it is further

ORDERED, the defendant vehicle is hereby forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(6), and it is further

ORDERED, the Attorney General through the United States Marshals Service shall dispose of the property in a manner according to law and procedures within the United States Department of Justice.

Dated:    Buffalo, New York, May 2, 2005.

/s/William M. Skretny
HONORABLE WILLIAM M. SKRETNY
UNITED STATES DISTRICT JUDGE
